Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X
WIESLAW GANDURSKI,                      :    08-CV-02240-AKH
                                                            :
                              Plaintiff,     :    **NOTICE OF ADOPTION**
                                                            :    **OF ANSWER**
        - against -                     :    **TO MASTER COMPLAINT**
                                                            :    **BY MERRILL LYNCH**
222 BROADWAY, LLC, *et al.*,            :    **AND 222 BROADWAY**
                                                            :
                              Defendants.     :    **ELECTRONICALLY FILED**
------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill

Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint

filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint,

both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower

Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

        WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the

above-captioned action as against them, together with their costs and disbursements and for such

other and further relief as this Court deems just and proper.

Dated:  New York, New York                    DICKSTEIN SHAPIRO LLP
        June 26, 2008

                                      By:       /s/ Judith R. Cohen
                                             _____
                                             Robert J. Higgins (RH-6477)
                                             Judith R. Cohen (JC-8614)
                                             1177 Avenue of the Americas
                                             New York, New York 10036
                                             Phone: (212) 277-6500
                                             Fax: (212) 277-6501

                                             *Attorneys for Defendants*
                                             MERRILL LYNCH & CO., INC. and
                                             222 BROADWAY, LLC

DOCSNY-314113